IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 AUG 10 PM 3: 06
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN RE: STOWERS, IVAN, JR. ) CASE NO. 08-42715
AND CHRISTINA
DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 112 in the amount of $7.40.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Global<br>22 E. Main St.<br>Geneva, OH 44041 | $3.85 |
| Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261 | $3.55 |

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)